CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**MAGISTRATE JUDGE** WILLIAM C. TURNOFF    **COURTROOM X**

Case No. 99-6153-CR-MOORE(s(s(s(s)    Date 2/4/03

Clerk P. MITCHELL    Time: 10AM

Court Reporter Anita La Rocca    Interpreter Spanish

AUSA Ed Ryan, Glenn Alexander, Rick De La Toro, Richard Gregory

**USA vs.**   FABIO OCHOA-VASQUEZ (J)   Atty. Roy Black/Howard Srebnick
CARLOS CARDENAS (J)   Atty. Neal Lewis
JAIME GONZALO CASTIBLANCO-CABALCANTE   Atty. Richard Dococbo
SANTIAGO VELEZ VELAZQUEZ (J)   Atty. Mauricio Aldazabal
SERGIO PERDOMO LIEVANO (J)   Atty. John Bergendahl
LUIS CARLOS ZULUAGA QUICENO (J)   Atty. Michael Matter

Defendant(s): Present X    Not Present ____    In Custody X

Reason for Hearing: MOTION HEARING

The gov't to produce Agt. Chavez report re Carlos Ramon, for an in camera inspection. Gov't to produce by 12pm 2/5/03. If the court doesn't hear from the gov't, it is understood the document does not exist. Record closed on M/Dismiss. Matter taken under advisement. The Court to hear argument on Deft's M/Suppress Statements (DE 1031)

Case Continued to: 2/5/03    Time @ 10AM    For _____

Misc.: _____